JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. LYLES, | Case No. CV 16-5401 DOC (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY COURTS, COMPTON, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: June 23, 2017

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE